UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
MAY 8 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Chung Jeng TANG**
Docket Number: 2:09CR00159-01
PERMISSION TO TRAVEL
<u>OUTSIDE THE COUNTRY</u>

Your Honor:

The offender is requesting permission to travel to Vancouver, Canada. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 8, 2010, Mr. Tang was sentenced for the offenses of 18 USC 1014 - False Statement in Loan and Credit Application, and 42 USC 408 - Unlawful Use of a Social Security Number.

**Sentence imposed:** 12 months and 1 day custody of the Bureau of Prisons; 60 months Supervised Release; $200 Special Assessment (paid in full); and $75,875.90 Restitution ($44,467.95 paid). **Special Conditions:** Warrantless search; Asset restrictions; Financial disclosure; and No new credit/debit.

**Dates and Mode of Travel:** Mr. Tang would like to travel from June 11, 2012, to June 18, 2012, via airline. His travel itinerary has been confirmed.

**Purpose:** Mr. Tang has requested travel to Canada to vacation with his wife and her parents. He has been compliant with all conditions of supervision thus far. He signed a payment agreement to pay a minimum of $50-per-month toward his financial obligation. Several items were forfeited and have been applied to his restitution order. His wife advises her parents will be supporting them financially during their trip.

1

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

RE: Chung Jeng TANG
Docket Number: 2:09CR00159-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/Julie A. Fowler
**JULIE A. FOWLER**
**United States Probation Officer**

DATED: May 8, 2012
Roseville, California
/jaf

REVIEWED BY: /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ✓                    Disapproved _____

5/8/12                        [signature]
Date                          Edward J. Garcia
                              Senior United States District Judge